Peter Kristofer Strojnik, State Bar No. 026082
pstrojnik@strojniklaw.com
**THE STROJNIK FIRM LLC**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409

Attorneys for Plaintiff THERESA BROOKE

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 2:18-cv-04139-HRH |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| PHOENIX CENTRAL HOTEL VENTURE LLC, | |
| Defendant. | |

The parties stipulate and agree to dismiss the above action with prejudice, with each party to bear her/its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 28th day of May, 2019.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik
Attorneys for Plaintiff


/s/ Laura Meyer
Laura Meyer
Attorneys for Defendant