IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Theresa Brooke, a married woman dealing )
with her sole and separate claim, )
                                                            Plaintiff, )
vs. )
Phoenix Central Hotel Venture, LLC, )    No. 2:18-cv-4139-HRH
                                                            Defendant. )

O R D E R

Case Dismissed

Pursuant to the parties' *Stipulation of Dismissal with Prejudice*,[1] filed May 28, 2019, this case is dismissed with prejudice, the parties to bear their respective costs and attorney fees.

DATED at Anchorage, Alaska, this  29th  day of May, 2019.

/s/ H. Russel Holland
United States District Judge

---

[1]Docket No. 25.